UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ANTHONY ANDRADE,<br><br>   Petitioner,<br><br> v.<br><br>ADAMS, warden,<br><br>   Respondent.        / | No. C 09-1646 SI (pr)<br><br>**ORDER OF TRANSFER** |

  Petitioner has filed a petition for writ of habeas corpus to challenge the decision to validate him as a gang affiliate. Although the gang validation apparently took place while he was at Pelican Bay State Prison in Del Norte County, petitioner is now housed at the California State Prison - Corcoran, in Kings County. Kings County is within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence, such as a claim about an administrative segregation decision. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Because petitioner is confined in the Eastern District of California and challenging the execution of his sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

  IT IS SO ORDERED.

DATED: June 11, 2009

                        _Susan Illston_
                        SUSAN ILLSTON
                      United States District Judge